to appeal, on appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present— Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE RELIABLE PRESS, INC., v. BRISTOL CARPET CLEANING COMPANY, INC.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THEODORE QUINT v. LENA GREENBERG and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THEODORE QUINT v. LENA GREENBERG and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (February 28, 1941.)

STAMPERS ARRIVAL OF BUYERS, INC., and Others, Respondents, v. M. B. R. PUBLICATIONS, INC., and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within five days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARY L. ANDERSON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse the judgment and dismiss the complaint on the ground that the evidence failed to prove any actionable negligence. In addition, the notice to the city of New York is fatally defective in that it fails to definitely point out the location of the alleged defect in the sidewalk, which it is claimed caused the accident. Callahan, J., dissents and votes to affirm.

NORBERT ROTHSTEIN, Appellant, v. EDMUND EBLING, Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MAY HAAS BECKER, Respondent, v. ARTHUR M. LIPKINT and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of JOHN J. CAMPBELL, JR., and MARIE C. SINCLAIRE, Two of the Executors and Trustees under the Last Will and Testament of JOHN J. CAMPBELL, Deceased, for a Determination as to the Construction or Effect of the Disposition of Property, Contained in the Last Will and Testament of JOHN J. CAMPBELL, Deceased. JOHN J. CAMPBELL, JR., and Another, Appellants; JOSEPHINE B. CAMPBELL and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [171 Misc. 750.]

WILLIAM F. STEINMILLER, as President of Local B-830 of International Brotherhood of Electrical Workers Affiliated with the American Federation of Labor, Respondent, v. JOHN J. MCKEON and Others, Appellants.— Judgment unani-